UNITED STATES BANKRUPTCY COURT   SOUTHERN DISTRICT OF TEXAS

IN RE:

Tony's Tortilla Factory

(Debtor),

BANKRUPTCY CASE NUMBER
87-05441

## PETITION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, Attorney-in-Fact for Greyhound Lines, Inc. hereby petitions the Court for $2,859.56 being held in the Registry of the Clerk, U.S. Bankruptcy Court as unclaimed funds for Greyhound Lines, Inc., creditor.

IF APPLICANT IS A FUNDS LOCATOR, this application includes a Power of Attorney authorizing the undersigned, Dilks & Knopik, LLC, Attorney in Fact, to petition the Court on behalf of the claimant for the release of these funds.

The creditor did not receive the dividend check in the above case for the following reasons:

The original dividend check was sent to a 4900 University Avenue, W. Des Moines, IA 50265. That address is no longer valid. The current address is listed below. The change in mailing address may have prevented the original dividend check from being cashed. Furthermore the Corporate Seal is attached to a copy of the limited power of attorney.

The creditor (s) current/correct mailing address is:

Greyhound Lines, Inc.
Andy Kaplinsky - CFO
350 N. St. Paul Street
Dallas, TX 75266
Phone No.  214-849-8000

Unclaimed.fds
06/23/98

Dated: **December 17, 2010**

*[signature]*

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
PO Box 2728, Issaquah, WA 98027
(425)-836-5728

On __12/17/10__ before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

SEAL

*[signature]*

Caryn M. Dilks, Notary Public
My commission expires: July 29, 2014
Notary in and for the State of Washington

[SEAL: CARYN M. DILKS, COMMISSION EXPIRES, NOTARY PUBLIC, 7-29-14, STATE OF WASHINGTON]

Unclaimed.fds
06/23/98

# CERTIFICATE OF SERVICE OF APPLICATION
# ON U.S. ATTORNEY & U.S. TRUSTEE

Notice is hereby given that on December 17, 2010 a <u>copy</u> of the Application for Release of Unclaimed Funds was served on the U.S. Attorney and U.S. Trustee for the Southern District of Texas by U.S. Mail at the following addresses:

> U.S. Attorneys Office
> P.O. Box 61129
> Houston, TX 77208

> U.S. Trustees Office
> 515 Rusk Ave., Ste. 3516
> Houston, TX 77002

Notice is further given that on <u>December 17, 2010</u> a <u>copy</u> of the Application for Release of Unclaimed Funds was served on the Case Trustee by Electronic Mail at the following addresses:

> Kenneth R. Havis
> Case Trustee
> havischap7@aol.com

Dated: December 17, 2010

Brian J. Dilks
Dilks & Knopik, LLC
Attorney in Fact for
Greyhound Lines, Inc.

**Unclaimed.fds**
06/23/98

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

RE: Tony's Tortilla Factory ) Case: 87-05441
) 
) **AUTHORITY TO ACT**
) **Limited Power of Attorney**
) **Limited to one Transaction**
Debtor(s) )

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Greyhound Lines, Inc.** with a tax identification number of __86-0572343__, ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$2,859.56** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____      Date: __November 24th__, 20__10__
Signature
ANDY KAPLINSKY                          Title: __SENIOR VICE PRESIDENT, FINANCE__

**GREYHOUND**
Andrew Kaplinsky
*Chief Financial Officer*
350 N. St. Paul Street
Dallas, TX 75201
office 214-849-7253
cell 214-676-1341
fax 972-387-1874
andy.kaplinsky@greyhound.com

Affix Corporate Seal Below

### ACKNOWLEDGMENT

STATE OF __Texas__ )
COUNTY OF __Dallas__ )

On this __24th__ day of __November__, __2010__, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) __Andy Kaplinsky__ known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.
WITNESS my hand and official seal.

NOTARY PUBLIC __Rhonda J. Bowers__
Residing at __7010 Mary Lane, Rowlett, TX 75089__
My Commission expires __10-13-2012__

[Notary Seal: RHONDA J. BOWERS, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 10-13-2012]

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RE: Tony's Tortilla Factory | Case: 87-05441 |
| | **AUTHORITY TO ACT** |
| | Limited Power of Attorney |
| | Limited to one Transaction |
| Debtor(s) | |

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Greyhound Lines, Inc.** with a tax identification number of __86-0572343__, ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$2,859.56** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____ Signature

**ANDY KAPLINSKY**
Print Name

Date: __November 24th__, 20__10__

Title: __SENIOR VICE PRESIDENT, FINANCE__

Staple Signatory's Business Card Here

Affix Corporate Seal Below

### ACKNOWLEDGMENT

STATE OF __Texas__ )
COUNTY OF __Dallas__ )

On this __24th__ day of __November__, __2010__, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) __Andy Kaplinsky__ known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.
WITNESS my hand and official seal.

NOTARY PUBLIC __Rhonda J. Bowers__

Residing at __7010 Mary Lane, Rowlett, TX 75089__

My Commission expires __10-13-2012__

(Notary seal: RHONDA J. BOWERS, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 10-13-2012)

**BENEFIT ADMINISTRATIVE SERVICES OF IOWA, INC.**
600 State Street • P.O. Box 662
Cedar Falls, Iowa 50613
Telephone: (319) 277-4024
FAX: (319) 277-1677

March 9, 1992

Attn: Sue
Greyhound Lines, Inc.
4900 University Avenue
West Des Moines, IA  50265

RE: EMPLOYEE ALPHA LISTING

Dear Sue:

Enclosed is a copy of the Trailways Employee Alpha Listing. The columns are self-explanatory.

If you have any questions, please feel free to contact me.

Very truly yours,

Sue A. Kotz
Plan Associate

sk
encl.

| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

IN RE:

Tony's Tortilla Factory

          (Debtor),

BANKRUPTCY CASE NUMBER
87-05441

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Greyhound Lines, Inc., in the amount of $2,859.56, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on 10/06/2009 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Greyhound Lines, Inc. c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $2,859.56 to Dilks & Knopik, LLC and Greyhound Lines, Inc. at the following address:

        P.O. Box 2728,
        Issaquah, WA  98027-0125

Dated: _____                    _____

                                                    UNITED STATES BANKRUPTCY JUDGE

Unclaimed.fds
06/23/98